UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: HOYLE, CONNIE L | § | Case No. 10-70858 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/22/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 10/05/2010          By: /s/MEGAN G. HEEG
                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: HOYLE, CONNIE L  § Case No. 10-70858
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,503.16 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 14,503.16 |

**Balance on hand:**  $ 14,503.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 14,503.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - MEGAN G. HEEG | 2,200.32 | 0.00 | 2,200.32 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,890.00 | 0.00 | 1,890.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 90.00 | 0.00 | 90.00 |

        Total to be paid for chapter 7 administration expenses:   $    4,180.32
        Remaining balance:   $    10,322.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | N/A | | | |

        Total to be paid for priority claims:   $    0.00
        Remaining balance:   $    10,322.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,543.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| 1 | Discover Bank | 6,549.49 | 0.00 | 1,800.83 |
|---|---|---|---|---|
| 2 | Creditors' Protection Service, Inc. | 327.50 | 0.00 | 90.05 |
| 3 | American Express Centurion Bank | 740.15 | 0.00 | 203.51 |
| 4 | American Express Bank, FSB | 9,458.79 | 0.00 | 2,600.75 |
| 5 | Capital Recovery III LLC | 1,773.09 | 0.00 | 487.52 |
| 6 | Capital Recovery III LLC | 1,319.02 | 0.00 | 362.67 |
| 7 | U.S. Bank N.A. | 2,875.56 | 0.00 | 790.65 |
| 8 | Louis Schwartz | 8,000.00 | 0.00 | 2,199.65 |
| 9 | Cherry Lewis | 6,500.00 | 0.00 | 1,787.21 |

Total to be paid for timely general unsecured claims:   $   10,322.84
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/MEGAN G. HEEG
                        Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 2                  Date Rcvd: Oct 22, 2010
Case: 10-70858                Form ID: pdf006             Total Noticed: 51

The following entities were noticed by first class mail on Oct 24, 2010.
db           +Connie L Hoyle,    818 Hemlock Avenue,    Dixon, IL 61021-3850
aty          +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1088
15164301     +ACI,    2420 Sweet Home Rd Suite 150,    Buffalo, NY 14228-2244
15164300     +Academy Collection Service,    10965 Decatur Rd.,    Philadelphia, PA 19154-3294
15164302      Allied Interstate,    3000 Corporate Road,    Columbus, OH 43231
15164303     +American Express,    PO Box 3001,    Malvern, PA 19355-0701
15754877      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
15750119      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15164306     +Baker, Miller, Markoff & Krasny,    29 N. Wacker Dr. 5th Floor,    Chicago, IL 60606-2851
15164307      Bergners,    PO Box 17633,    Baltimore, MD 21297-1633
15164308     +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
15164309     +Blackhawk Cu,    Po Box 328,    Savanna, IL 61074-0328
15164310     +CCB Credit Services,    5300 S. 6th St.,    Springfield, IL 62703-5184
15775833     +Cherry Lewis,    301 E. McKinney,    Dixon, IL 61021-1656
15164311      Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
15164314      Dr. Atul Sheth,    301 W Pakata St,    Spring Valley, IL 61362
15164315     +Dr. Kelley Lyman,    100 W 1st st,    Rock Falls, IL 61071-1269
15164316     +Elan Financial Service,    Po Box 5229,    Cincinnati, OH 45201-5229
15164317      First Source,    PO Box 628,    Buffalo, NY 14240-0628
15164318     +GC Services,    PO Box 46960,    Saint Louis, MO 63146-6960
15164321      HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
15164319     +Hinsdale Orthopedic Associates,    550 W Ogden Avenue,    Hinsdale, IL 60521-0528
15164320     +Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
15164322     +Infinity Group Receivables,    3175 Satellite Blvd Bldg 600,    Duluth, GA 30096-9042
15164323     +Injured Workers Pharmacy,    9 Branch Street Lower Level,    Methuen, MA 01844-1955
15164325     +KSB Corporate Health,    215 E First St,    Dixon, IL 61021-3198
15164326     +KSB Hospital,    PO Box 787,    Dixon, IL 61021-0787
15775834     +Louis Schwartz,    819 Hemlock Avenue,    Dixon, IL 61021-3849
15164329     +MRS,    701 Brooksedge Plaza Drive,    Westerville, OH 43081-4913
15164328      Mortgage Service Center,    PO Box 5456,    Mt Laurel, NJ 08054-5456
15164331     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
15164330      Nationwide Credt,    PO Box 26314,    Lehigh Valley, PA 18002-6314
15164332     +Resurgent Capital Services,    PO Box 39050,    Phoenix, AZ 85069-9050
15164333     +Rice Chiropractic,    307 W 3rd St,    Dixon, IL 61021-2952
15164334      Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0862
15164335     +Rockford Memorial Hospital,    2400 N. Rockton Ave.,    Rockford, IL 61103-3681
15775835     +Sarah Imfeld,    623 Logan Avenue,    Dixon, IL 61021-3355
15164336     +Sims Associates,    800 Peneader Drive,    Newark, DE 19702-3354
15164337     +Sovereign Bank,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
15164338     +Sterling Rock Falls Clinic,    101 E Miller Rd,    Sterling, IL 61081-1294
15850142     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH  45201)
15164339     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,     PO Box 1800,    Saint Paul, MN 55101-0800)
15164340     +Us Bk Rms Cc,    205 W 4th St,    Cincinnati, OH 45202-4824

The following entities were noticed by electronic transmission on Oct 22, 2010.
aty          +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    215 E. First Street, Suite 100,    P.O. Box 447,
               Dixon, IL 61021-0447
tr           +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
15822833      E-mail/PDF: rmscedi@recoverycorp.com Oct 23 2010 03:13:28     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15164312     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
               Creditors' Protection Service, Inc.,    P.O. Box 4115,    Rockford, IL 61110-0615
15546813      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2010 03:04:46     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15164313     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2010 03:04:46     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
15164324      E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2010 03:13:27     JC Penney,    PO Box 960090,
               Orlando, FL 32896-0090
15164327     +E-mail/Text: resurgentbknotifications@resurgent.com                           Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15164305*    +American Express,    PO Box 3001,    Malvern, PA 19355-0701
15164304*    +American Express,    PO Box 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: vgossett           Page 2 of 2                Date Rcvd: Oct 22, 2010
Case: 10-70858                Form ID: pdf006          Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2010**                    **Signature:**      /s/ Joseph Speetjens