# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: HOYLE, CONNIE L  § Case No. 10-70858
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $164,566.00 *(without deducting any secured claims)* | Assets Exempt: $26,065.00 |
| Total Distribution to Claimants: $10,323.08 | Claims Discharged Without Payment: $128,642.52 |
| Total Expenses of Administration: $4,180.32 | |

3) Total gross receipts of $ 14,503.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,503.40 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $85,541.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,980.00 | 4,180.32 | 4,180.32 | 4,180.32 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 138,088.00 | 37,543.60 | 37,543.60 | 10,323.08 |
| **TOTAL DISBURSEMENTS** | $225,609.00 | $41,723.92 | $41,723.92 | $14,503.40 |

    4) This case was originally filed under Chapter 7 on February 26, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2011    By: /s/MEGAN G. HEEG
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable Preference | 1210-000 | 8,000.00 |
| avoidable preference | 1110-000 | 6,500.00 |
| Interest Income | 1270-000 | 3.40 |
| **TOTAL GROSS RECEIPTS** | | **$14,503.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Sovereign Bank | 4110-000 | 11,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Center | 4110-000 | 74,293.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$85,541.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,200.32 | 2,200.32 | 2,200.32 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,890.00 | 1,890.00 | 1,890.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 90.00 | 90.00 | 90.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,180.32 | 4,180.32 | 4,180.32 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,900.00 | 6,549.49 | 6,549.49 | 1,800.87 |
| 2 | Creditors' Protection Service, Inc. | 7100-000 | 387.00 | 327.50 | 327.50 | 90.05 |
| 3 | American Express Centurion Bank | 7100-000 | 1,259.00 | 740.15 | 740.15 | 203.51 |
| 4 | American Express Bank, FSB | 7100-000 | 9,458.00 | 9,458.79 | 9,458.79 | 2,600.81 |
| 5 | Capital Recovery III LLC | 7100-000 | N/A | 1,773.09 | 1,773.09 | 487.53 |
| 6 | Capital Recovery III LLC | 7100-000 | 1,237.00 | 1,319.02 | 1,319.02 | 362.68 |
| 7 | U.S. Bank N.A. | 7100-000 | 2,925.00 | 2,875.56 | 2,875.56 | 790.67 |
| 8 | Louis Schwartz | 7100-000 | 8,000.00 | 8,000.00 | 8,000.00 | 2,199.70 |
| 9 | Cherry Lewis | 7100-000 | 6,500.00 | 6,500.00 | 6,500.00 | 1,787.26 |
| NOTFILED | JC Penney | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Corporate Health | 7100-000 | 2,532.00 | N/A | N/A | 0.00 |
| NOTFILED | Injured Workers Pharmacy | 7100-000 | 39,014.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 16,999.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Infinity Group Receivables | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Orthopedic Associates | 7100-000 | 1,737.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bk Rms Cc | 7100-000 | 5,322.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Hospital | 7100-000 | 6,077.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital | 7100-000 | 6,637.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurgent Capital Services | 7100-000 | 1,307.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Rock Falls Clinic | 7100-000 | 862.00 | N/A | N/A | 0.00 |
| NOTFILED | MRS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sims Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rice Chiropractic | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Atul Sheth | 7100-000 | 721.00 | N/A | N/A | 0.00 |
| NOTFILED | First Source | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ACI | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 232.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Kelley Lyman | 7100-000 | 1,201.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Cu | 7100-000 | 9,493.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergners | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 1,229.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarah Imfeld | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Elan Financial Service | 7100-000 | 2,925.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 138,088.00 | 37,543.60 | 37,543.60 | 10,323.08 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L  

**Period Ending:** 01/24/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/26/10 (f)  
**§341(a) Meeting Date:** 04/09/10  
**Claims Bar Date:** 08/03/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 815 Hemlock Avenue, Dixon, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: 815 Hemlock Avenue, Dixon, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand.<br>  Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Cash on hand; Imported from Amended Doc#: 21 | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>  Orig. Asset Memo: Note:  balance in acct on date filed was $18,044.84; Orig. Description: Sterling Federal Bank checking Social Security disability benefit; Imported from Amended Doc#: 21 | 21,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>  Orig. Asset Memo: Note:  Appear negative balance of (2,878.50)  on date filed; Orig. Description: US Bank checking; Imported from Amended Doc#: 21 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings, including audio<br>  Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Household goods and furnishings; Imported from Amended Doc#: 21 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel.<br>  Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Wearing apparel; Imported from Amended Doc#: 21 | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry.<br>  Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Jewelry; Imported from Amended Doc#: 21 | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in IRA, ERISA, Keogh, or other pension<br>  Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: 401K; Imported from Amended Doc#: 21 | 460.00 | 0.00 | DA | 0.00 | FA |
| 9 | Other contingent and unliquidated claims of ever<br>  Orig. Asset Memo: Imported from original petition | 0.00 | 0.00 | DA | 0.00 | FA |

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/26/10 (f)  
**§341(a) Meeting Date:** 04/09/10  

**Period Ending:** 01/24/11  

**Claims Bar Date:** 08/03/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Doc# 1; Orig. Description: Workers Comp case pending; Imported from Amended Doc#: 21 | | | | | |
| 10  Other contingent and unliquidated claims of ever<br>Orig. Asset Memo: Filed exemption objection to any portion no longer in form of SSD (e.g. car, repaid debts);Orig. Description: Social Security Disability pending; Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11  Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: 1986 Honda scooter; Imported from Amended Doc#: 21 | 400.00 | 0.00 | DA | 0.00 | FA |
| 12  Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: 1989 Motorhome; Imported from Amended Doc#: 21 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 13  Office equipment, furnishings, and supplies.<br>Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Computer; Imported from Amended Doc#: 21 | 300.00 | 0.00 | DA | 0.00 | FA |
| 14  BANK ACCOUNTS (u)<br>Orig. Asset Memo: Sauk Valley Bk Acct (opened 2/5/10. $1,500. in acct on date Debtor filed; | 0.00 | 0.00 | DA | 0.00 | FA |
| 15  Avoidable Preference (u)<br>Orig. Asset Memo: Louis Schwartz; | 0.00 | 0.00 | DA | 8,000.00 | FA |
| 16  avoidable preference<br>Orig. Asset Memo: Cherry Lewis; | 0.00 | 0.00 | DA | 6,500.00 | FA |
| 17  Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Sauk Valley Bank checking; Imported from Amended Doc#: 21 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18  Other contingent and unliquidated claims of ever<br>Orig. Asset Memo: Orig. Description: Social Security Disability; Imported from Amended Doc#: 21 | 49,809.00 | 0.00 | DA | 0.00 | FA |
| 19  Other contingent and unliquidated claims of ever<br>Orig. Asset Memo: Orig. Description: Tax return; | 1,192.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/26/10 (f)  
**§341(a) Meeting Date:** 04/09/10

**Period Ending:** 01/24/11  
**Claims Bar Date:** 08/03/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from Amended Doc#: 21 | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 3.40 | FA |
| 20 | Assets    Totals (Excluding unknown values) | $164,566.00 | $0.00 | | $14,503.40 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2010      **Current Projected Date Of Final Report (TFR):**    October 6, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L  

**Taxpayer ID #:** **-***6746  
**Period Ending:** 01/24/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-19 - Trustee Investment Acct  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 08/06/10 | | FUNDING ACCOUNT: 9200******2165 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.94 | | 10,000.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,001.02 |
| 10/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 10,001.02 |
| 10/01/10 | | To Account #9200******2165 | Close TIA via TIA Rollover | 9999-000 | | 10,001.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,001.02 | 10,001.02 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.00 | 10,001.02 | |
| | | | **Subtotal** | | **1.02** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.02** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2011 02:53 PM    V.12.56

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L

**Taxpayer ID #:** **-***6746  
**Period Ending:** 01/24/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/10 | {16} | Cherry E. Lewis | avoidable preference | 1110-000 | 6,500.00 | | 6,500.00 |
| 05/28/10 | {15} | Louis W. Schwartz | avoidable preference | 1210-000 | 8,000.00 | | 14,500.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 14,500.83 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 14,501.69 |
| 08/06/10 | | ACCOUNT FUNDED: 9200******2119 | | 9999-000 | | 10,000.00 | 4,501.69 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 4,502.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,502.14 |
| 10/01/10 | | From Account #9200******2119 | Close TIA via TIA Rollover | 9999-000 | 10,001.02 | | 14,503.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,503.27 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,503.38 |
| 12/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 14,503.40 |
| 12/07/10 | | To Account #9200******2166 | final distribution | 9999-000 | | 14,503.40 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,503.40 | 24,503.40 | $0.00 |
| Less: Bank Transfers | 10,001.02 | 24,503.40 | |
| **Subtotal** | 14,502.38 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,502.38** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2011 02:53 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L  

**Taxpayer ID #:** **-***6746  
**Period Ending:** 01/24/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/10 | | From Account #9200******2165 | final distribution | 9999-000 | 14,503.40 | | 14,503.40 |
| 12/07/10 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $2,200.32, Trustee Compensation; Reference: | 2100-000 | | 2,200.32 | 12,303.08 |
| 12/07/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,890.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,890.00 | 10,413.08 |
| 12/07/10 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $90.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 90.00 | 10,323.08 |
| 12/07/10 | 104 | Discover Bank | Dividend paid 27.49% on $6,549.49; Claim# 1; Filed: $6,549.49; Reference: 09-SC-1010 | 7100-000 | | 1,800.87 | 8,522.21 |
| 12/07/10 | 105 | Creditors' Protection Service, Inc. | Dividend paid 27.49% on $327.50; Claim# 2; Filed: $327.50; Reference: 2170960000309013 | 7100-000 | | 90.05 | 8,432.16 |
| 12/07/10 | 106 | American Express Centurion Bank | Dividend paid 27.49% on $740.15; Claim# 3; Filed: $740.15; Reference: 3499916348731943 | 7100-000 | | 203.51 | 8,228.65 |
| 12/07/10 | 107 | American Express Bank, FSB | Dividend paid 27.49% on $9,458.79; Claim# 4; Filed: $9,458.79; Reference: 3499913755842243 | 7100-000 | | 2,600.81 | 5,627.84 |
| 12/07/10 | 108 | Capital Recovery III LLC | Dividend paid 27.49% on $1,773.09; Claim# 5; Filed: $1,773.09; Reference: | 7100-000 | | 487.53 | 5,140.31 |
| 12/07/10 | 109 | Capital Recovery III LLC | Dividend paid 27.49% on $1,319.02; Claim# 6; Filed: $1,319.02; Reference: R05441 | 7100-000 | | 362.68 | 4,777.63 |
| 12/07/10 | 110 | U.S. Bank N.A. | Dividend paid 27.49% on $2,875.56; Claim# 7; Filed: $2,875.56; Reference: 8620013287 | 7100-000 | | 790.67 | 3,986.96 |
| 12/07/10 | 111 | Louis Schwartz | Dividend paid 27.49% on $8,000.00; Claim# 8; Filed: $8,000.00; Reference: | 7100-000 | | 2,199.70 | 1,787.26 |
| 12/07/10 | 112 | Cherry Lewis | Dividend paid 27.49% on $6,500.00; Claim# 9; Filed: $6,500.00; Reference: | 7100-000 | | 1,787.26 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 14,503.40 | 14,503.40 | $0.00 |
| Less: Bank Transfers | 14,503.40 | 0.00 | |
| **Subtotal** | 0.00 | 14,503.40 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$14,503.40** | |

{} Asset reference(s)

Printed: 01/24/2011 02:53 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-70858  
**Case Name:** HOYLE, CONNIE L  

**Taxpayer ID #:** **-***6746  
**Period Ending:** 01/24/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # 9200-******21-19 | 1.02 | 0.00 | 0.00 |
| MMA # 9200-******21-65 | 14,502.38 | 0.00 | 0.00 |
| Checking # 9200-******21-66 | 0.00 | 14,503.40 | 0.00 |
| | $14,503.40 | $14,503.40 | $0.00 |

{} Asset reference(s)

Printed: 01/24/2011 02:53 PM    V.12.56